# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EDWIN RAMIREZ-AYALA,<br><br>            Defendant. | Case No. 2:24-cr-00245-CDS-NJK<br><br>**Order**<br><br>[Docket No. 24] |

Pending before the Court is a motion for status conference filed by Defendant Edwin Ramirez-Ayala's attorney, Joanne L. Diamond. Docket No. 24. The Court hereby **SETS** a hearing on that motion for 9:30 a.m. on August 27, 2025, in Courtroom 3C. Defendant must be present for the hearing.

IT IS SO ORDERED.

DATED: August 21, 2025

_____
Nancy J. Koppe
United States Magistrate Judge