# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>EDWIN RAMIREZ-AYALA,<br><br>             Defendant. | Case No. 2:24-cr-00245-CDS-NJK<br><br>**Order**<br><br>[Docket No. 24] |

Due to unforeseen circumstances, the Court **CONTINUES** the status conference on Docket No. 24 to 3:30 p.m. on September 3, 2025, in Courtroom 3C.

IT IS SO ORDERED.

DATED: August 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge